UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80602-CIV-CANNON

**MICHAEL JONES** and
**JAMES MADU**,

      Plaintiffs,

v.

**COUNTY OF PALM BEACH, FLORIDA,**

      Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon Defendant's Motion to Dismiss Plaintiff's Amended Complaint [ECF No. 22], filed on November 4, 2022. On March 7, 2023, following referral [ECF No. 29], Magistrate Judge McCabe issued a Report recommending that the Motion be granted in part and denied in part [ECF No. 30]. Specifically, Judge McCabe recommends that the Motion be denied as to Counts I, II, and IV and granted as to Count III, V, VI, and VII [ECF No. 30 p. 18]. Judge Reinhart further recommends that Plaintiffs be given the opportunity to replead Count III, V, VI, and VII [ECF No. 30 p. 9]. Neither party filed objections to the report, and the time within which to do so has expired. The Court has reviewed the Motion [ECF No. 22], the Report [ECF No. 30], the entire record, and is otherwise advised in the premises.

Upon review, the Court finds the Report to be well-reasoned and correct.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Report and Recommendation [ECF No. 30] is **ACCEPTED**.

2.     Defendant's Motion to Dismiss [ECF No. 22] is **GRANTED IN PART AND DENIED IN PART**.

CASE NO. 22-80602-CIV-CANNON/McCabe

    a. Defendant's Motion is **DENIED** as to Counts I, II, and IV and **GRANTED** as to Counts III, V, VI, and VII.

3. **On or before April 7, 2023**, Plaintiffs may elect to file a **Second Amended Complaint** that is consistent with the Report [ECF No. 30], but Plaintiffs are warned that any such **Second Amended Complaint** will be **Plaintiffs' final opportunity to plead their claims**.[1]

4. If Plaintiffs do not file a Second Amended Complaint by **April 7, 2023**, this case will proceed on Counts I, II, and IV, and Defendant shall answer those Counts **on or before April 24, 2023**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 24th day of March 2023.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:    counsel of record

---

[1] **Although the instant Motion to Dismiss concerns a pleading labeled "Second Amended Complaint" [ECF No. 21], that pleading really is an "Amended Complaint," not a "Second Amended Complaint." Hence, any amended pleading filed by April 7, 2023, will be a Second Amended Complaint and should be labeled as such.**